FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 OCT -3  AM 11: 22

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,
STATE OF FLORIDA, and
GEORGE M. RICHARDSON,

v.                                        CASE NO. 3:07-cv-655-J-16HTS

CAPITAL HEALTH CARE CENTER,
LLC, AEGIS INC., SEACREST
HEALTH CARE MANAGEMENT, LLC

## IN CAMERA REPORT AND RECOMMENDATION[1]

On July 16, 2007, George M. Richardson filed his complaint (Doc. #S-1) and Affidavit of Indigency (Doc. #S-2). Having "determined the suit may be subject to dismissal[,]" In Camera Order (Doc. #S-3; Order), entered on August 1, 2007, at 1, the Court provided him with an opportunity to secure counsel. Id. at 3. He was cautioned that failure to do so within ten days would "result in a recommendation that this action be dismissed for failure to prosecute[.]" Id. Mr. Richardson failed to notify the Court that counsel had been retained, and on August 23, 2007, the Court entered the In Camera Order (Doc. #S-4; Order to Show Cause) directing him "to show cause within eleven (11) days . . . why it

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within ten (10) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

S-9

should not be recommended this case be dismissed for failure to prosecute." Order to Show Cause at 1 (capitalization and emphasis omitted).  As of this date, he has not responded to either the Order or the Order to Show Cause.

Accordingly, it is recommended this action be dismissed for failure to prosecute pursuant to Rule 3.10(a), Local Rules, United States District Court, Middle District of Florida.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of October, 2007.

HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable John H. Moore II
Senior United States District Judge

Counsel of record
and pro se parties, if any