UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 OCT 26 AM 10: 48

**UNITED STATES OF AMERICA,
STATE OF FLORIDA, and
GEORGE M. RICHARDSON,**

    Plaintiff,

v.                                       CASE NO. 3:07-cv-655-J-16HTS

**CAPITAL HEALTH CARE CENTER, LLC,
AEGIS INC., SEACREST HEALTH
CARE MANAGEMENT, LLC,**

    Defendants.
_____/

## IN CAMERA ORDER OF DISMISSAL

This cause is before the Court on the Report and Recommendation of the United States Magistrate Judge, entered October 3, 2007. No objections have been filed to said Report. After an independent review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Magistrate's Report and Recommendation. Accordingly, it is now

**ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice for lack of prosecution pursuant to Local Rule 3.10(a). The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 25th day of October, 2007.

JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of record
    Pro Se Parties